**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| VINCENT COOPER, ADC #114449 | | PLAINTIFF |
| v. | 4:10-cv-01204-JMM | |
| STATE OF ARKANSAS, *et al*. | | DEFENDANTS |

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Memorandum and Order would not be taken in good faith.

DATED this 15th day of October, 2010.

/s/ James M. Moody
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE